UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 10-21286 |
| MONTGOMERY, BELINDA | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on April 3, 2012 in Courtroom 644**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  March 1, 2012                           By:    /s/  Richard M. Fogel
                                                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MONTGOMERY, BELINDA | § | Case No. 10-21286 |
| | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,500.00 |
| **Balance on hand:** | $ 7,500.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,500.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,500.00 |
| Remaining balance: | $ 6,000.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,000.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,000.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,702.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 61.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 5,438.83 | 0.00 | 3,363.23 |
| 2 | Capital Recovery IV LLC | 4,112.09 | 0.00 | 2,542.80 |
| 3 | GE Money Bank | 151.97 | 0.00 | 93.97 |

Total to be paid for timely general unsecured claims: $ 6,000.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                   Case No. 10-21286-PSH
Belinda Montgomery                                       Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1         User: lhuley              Page 1 of 2           Date Rcvd: Mar 02, 2012
                             Form ID: pdf006           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2012.

```
db             Belinda Montgomery,    1991 Oakwood Ct.,    Lynwood, IL  60411
15553006      #Bonded Collection Systems,    PO Box 498609,    Cincinnati, OH 45249-8609
15553007       Capitol One,   P.O. Box 5294,   Carol Stream, IL 60197-5294
15553008       Central Credit Services, Collection,    PO Box 15118,   Jacksonville, FL 32239-5118
15553009      +Chase Card Services,   PO Box 15153,    Wilmington, DE 19886-5153
15553010      +Chase Manhattan Mortgage Corp,,    PO Box 78420,   Phoenix, AZ 85062-8420
15553011       Citifinancial Retail Services,    PO Box 6931,   The Lakes, NV 88901-6931
15553012      +GMAC,   PO Box 769,   Orland Park, IL 60462-0769
15553013       GMAC Mortgage,   3451 Hammond Avenue,    PO Box 780,   Waterloo, IA 50704-0780
15553015       HSBC Card Services,    PO Box 17051,   Baltimore, MD 21297-1051
15553014       Household Finance Corp.,    P.O. Box 17574,   Baltimore, MD 21297-1574
15553018      +Law Offices of Mitchell N. Kay,    PO Box 15118,   Chicago, IL 60615-5139
15553019       Loyola Medical Center,    C/O/ Knepper & Moga P.C,   320 South Green Street, Suite 508,
                 Chicago, IL 60607
15553020       Macy's,   PO Box 689195,   Des Moines, IA 50368-9195
15553021      +Santander Consumer USA,    PO Box 17548,   Fort Worth, TX 76102
15553022      +St. Margaret Mercy,    37621 Eagle Way,   Chicago, IL 60678-1376
15553024       Washington Mutual,    PO Box 9001123,   Louisville, KY 40290-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16319837       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2012 03:50:52
                 American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16577840       E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2012 03:44:04     Capital Recovery IV LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16678241       E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:43:21     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15553016       E-mail/Text: cio.bncmail@irs.gov Mar 03 2012 02:37:08     Internal Revenue Service,
                 Kansas City, MO 64999
15553017       E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 05:01:52     JCPenney,   PO Box 960001,
                 Orlando, FL 32896-0001
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15553023     ##Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: lhuley                Page 2 of 2                  Date Rcvd: Mar 02, 2012
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
```
              Jeremiah P. Murray    on behalf of Debtor Belinda Montgomery jeremiahpmurray@yahoo.com
              Joel P Fonferko    on behalf of Creditor   Chase Home Finance LLC ND-Two@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    rfogel@shawgussis.com,  IL72@ecfcbis.com
                                                                                             TOTAL: 4
```