**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MONTGOMERY, BELINDA          § Case No. 10-21286
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $477,525.00 *(without deducting any secured claims)* | Assets Exempt: $20,700.00 |
| Total Distribution to Claimants: $6,000.00 | Claims Discharged Without Payment: $14,260.69 |
| Total Expenses of Administration: $1,500.00 | |

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $684,525.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 20,664.80 | 9,702.89 | 9,702.89 | 6,000.00 |
| **TOTAL DISBURSEMENTS** | $705,189.80 | $11,202.89 | $11,202.89 | $7,500.00 |

4) This case was originally filed under Chapter 7 on May 10, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2012           By: /s/RICHARD M. FOGEL
                                    Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury litigation: co-plaintiff | 1142-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Consumer USA | 4110-000 | 16,525.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Household Finance Corp. | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 491,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage Corp, | 4110-000 | 166,000.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$684,525.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,500.00 | 1,500.00 | 1,500.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-900 | 5,476.00 | 5,438.83 | 5,438.83 | 3,363.23 |
| 2 | Capital Recovery IV LLC | 7100-900 | 4,400.00 | 4,112.09 | 4,112.09 | 2,542.80 |
| 3 | GE Money Bank | 7100-900 | 231.00 | 151.97 | 151.97 | 93.97 |
| NOTFILED | St. Margaret Mercy | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Margaret Mercy | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Margaret Mercy | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Margaret Mercy | 7100-000 | 20.80 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Loyola Medical Center C/O/ Knepper & Moga P.C | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 523.00 | N/A | N/A | 0.00 |
| NOTFILED | Capitol One | 7100-000 | 3,999.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 20,664.80 | 9,702.89 | 9,702.89 | 6,000.00 |

Case 10-21286 Doc 42 Filed 06/19/12 Entered 06/19/12 10:15:32 Desc Main
Document Page 5 of 7

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-21286  
**Case Name:** MONTGOMERY, BELINDA  

**Period Ending:** 05/01/12

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 05/10/10 (f)  
**§341(a) Meeting Date:** 07/16/10  
**Claims Bar Date:** 01/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property- Lynwood | 305,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real Property- Lansing | 153,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on Hand | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank accounts | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books and art objects | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Personal injury litigation: co-plaintiff | Unknown | Unknown |  | 7,500.00 | FA |
| 8 | Vehicle | 16,225.00 | 0.00 | DA | 0.00 | FA |
| 9 | Fax machine | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Assets  Totals (Excluding unknown values) | **$477,525.00** | **$0.00** |  | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Action for damages against Village of Lynwood pending in federal court

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011        **Current Projected Date Of Final Report (TFR):**    March 1, 2012  (Actual)

Printed: 05/01/2012 08:20 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-21286 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | MONTGOMERY, BELINDA | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******44-66 - Checking Account |
| Taxpayer ID #: | **-***5125 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/01/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/09/12 | {7} | VILLAGE OF LYNWOOD | Debtor's portion of settlement | 1142-000 | 7,500.00 | | 7,500.00 |
| 04/04/12 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,500.00, Trustee Compensation;  Reference: | 2100-000 | | 1,500.00 | 6,000.00 |
| 04/04/12 | 102 | American Infosource Lp As Agent for | 61.83% dividend on Claim # 1, Ref: 4352-3775-9608-5926 | 7100-900 | | 3,363.23 | 2,636.77 |
| 04/04/12 | 103 | Capital Recovery IV LLC | 61.83% dividend on Claim # 2, Ref: 4185868010727484 | 7100-900 | | 2,542.80 | 93.97 |
| 04/04/12 | 104 | GE Money Bank | 61.83% dividend on Claim # 3, Ref: 12610434991 | 7100-900 | | 93.97 | 0.00 |

|   |   |   | ACCOUNT TOTALS | 7,500.00 | 7,500.00 | $0.00 |
|---|---|---|---|---|---|---|
|   |   |   | Less: Bank Transfers | 0.00 | 0.00 | |
|   |   |   | Subtotal | 7,500.00 | 7,500.00 | |
|   |   |   | Less: Payments to Debtors | | 0.00 | |
|   |   |   | NET Receipts / Disbursements | $7,500.00 | $7,500.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******44-66 | 7,500.00 | 7,500.00 | 0.00 |
| | $7,500.00 | $7,500.00 | $0.00 |

{} Asset reference(s)

Printed: 05/01/2012 08:20 AM    V.12.57